**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00121-CV**
_____

**CAROL DAVIDSON HUMERICK, Appellant**

**V.**

**LILY BELL DAVIDSON, Appellee**

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Cause No. 2021-07999**

**MEMORANDUM OPINION**

Carol Davidson Humerick filed a motion to dismiss her appeal. In her motion, Humerick represents the trial court vacated the order from which she filed her appeal and that the trial court granted a new trial.

This motion appears to be voluntary, and Humerick filed her motion before the Court decided the appeal. *See* Tex. R. App. P. 42.1(a)(1). No other party

1

perfected an appeal. Accordingly, we grant the motion and dismiss the appeal.[1] *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on September 1, 2021
Opinion Delivered September 2, 2021

Before Golemon, C.J., Horton and Johnson, JJ.

---

[1] This case was transferred to this Court from the Fourteenth Court of Appeals in Houston, Texas, pursuant to a docket equalization order. *See* Tex. Gov't Code Ann. § 73.001.